# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————————

**No. 201600209**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**ROBIN SANTIAGO II**
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major M.D. Zimmerman, USMC.
For Appellant: Captain David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 27 October 2016

———————————————

Before MARKS, FULTON, and RUSSELL, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the adjudged sentence of confinement was for 11 months.


For the Court



R.H. TROIDL
Clerk of Court